JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC GONZALEZ, | ) | CASE NO. CV 09-994 CJC (FFM)) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| FRANCISCO JACQUEZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.


DATED: February 29, 2012

_____
CORMAC J. CARNEY
United States District Judge